OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

RETURNED TO SENDER

RETURNED FOR POSTAGE

**6/22/2015**
**ALEXANDER, WALTON JOHN AKA ALEXANDER, JOHN WALTON**
**Tr. Ct. No. CR10295C** **WR-53,367-03**
On this day, the supplemental clerk's record, in response to the order issued by this
Court, has been received and presented to the Court.

Abel Acosta, Clerk

WALTON JOHN ALEXANDER
~~CLEMENTS UNIT~~ - TDC #799196
~~9601 SPUR 591~~
~~AMARILLO, TX 79107-9606~~

*1043 Glen Rose Ave. Hwy*
*Stephenville, TX 76401*